IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEWAYNE LEE, ) | |
| a/k/a Herman Steen, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2:06-cv-685-LSC-TMP |
| ) | |
| OFFICER TYRONE McCALL, *et al*. ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 16, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The plaintiff filed objections to the report and recommendation on July 21, 2006, and July 31, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted and for seeking monetary relief from

defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).

A Final Judgment will be entered.

    Done this <u>8th</u> day of <u>August 2006</u>.

                                                                  L. SCOTT COOGLER
                                        UNITED STATES DISTRICT JUDGE
                                                     124153